IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| JANE DOE III, | ) | No. C05-1040 EJM |
| Plaintiff, | ) | |
| vs. | ) | **STATEMENT OF INTEREST** |
| THE ARCHDIOCESE OF DUBUQUE, | ) | |
| Defendant. | ) | |

As required by LR 3.2 and LR 81.1(c), (d), and (e), Jane Doe III, Plaintiff in this case, provides the following information to the court:

(a) The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the Plaintiff as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the Plaintiff's outcome in the case:

Jane Doe III.

(b) With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:

Plaintiff.

Date: <u>July 13th, 2005.</u>

Respectfully Submitted,

DUTTON, BRAUN, STAACK & HELLMAN, P.L.C
Attorneys for the Plaintiff

BY: /s/ Thomas L. Staack
     Thomas L. Staack  Iowa Bar #000005220
     LEAD COUNSEL

BY: /s/ Chad A. Swanson
     Chad A. Swanson  Iowa Bar #000014657

     3151 Brockway Road
     P.O. Box 810
     Waterloo, Iowa 50704
     (319) 234-4471
     (319) 234-8029 FAX
     staackt@wloolaw.com
     swansonc@wloolaw.com

LAW OFFICES OF TIMOTHY D. KOSNOFF
Attorneys for Plaintiff

BY: /s/ Timothy D. Kosnoff
     Timothy D. Kosnoff
     One Union Square
     600 University Street, Suite 2101
     Seattle, WA 98101
     206-676-7500
     425-837-9692 FAX
     timkosnoff@comcast.net

Original Filed.

Copy to:

Brendan Quann
Davin Curtiss
O'Connor & Thomas, P.C.
700 Locust Street, Suite 200
Dubuque, Iowa 52001-6874

I:\Lit\TLS\ABUSE-PRIEST\JaneDoe III\Pleadings\Statement of Interest.wpd

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings, on the 13th day of July, 2005.

By: _X_ U.S. Mail ___ FAX
___ Hand Delivered ___ UPS
___ Federal Express ___ Other
_X_ EFC System Participate (Electronic Service)

Signature: /s/ Sandra L. Faye