IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| JANE DOE III, | ) |
| | ) |
| Plaintiff, | )  No. 2:05-cv-01040-EJM |
| | ) |
| vs. | ) |
| | ) |
| THE ARCHDIOCESE OF DUBUQUE, | ) |
| | ) |
| Defendant. | ) |

## **APPEARANCE**

    COME NOW Brendan T. Quann and Davin C. Curtiss of the O'Connor & Thomas, P.C. Law Firm and hereby enter their appearances in the above-captioned lawsuit on behalf of Defendant The Archdiocese of Dubuque.

    THE ARCHDIOCESE OF DUBUQUE,
    Defendant

    By  /s/ Brendan T. Quann
        Brendan T. Quann    000004440

    By  /s/ Davin C. Curtiss
        Davin C. Curtiss    000014786

Mailing Address:
O'CONNOR & THOMAS, P.C.
P. O. Box 599
Dubuque, IA 52004-0599

Physical Address:
O'CONNOR & THOMAS, P.C.
Dubuque Building
700 Locust Street, Ste. 200
Dubuque, IA 52001-6874

Telephone: (563) 557-8400
Facsimile: (563) 556-1867
E-mail: bquann@octhomaslaw.com
dcurtiss@octhomaslaw.com

Attorneys for said Defendant.

Original filed electronically.

Copies to:

Attorneys Thomas L. Staack and
      Chad A. Swanson
Dutton, Braun, Staack & Hellman, P.L.C.
3151 Brockway Road
P.O. Box 810
Waterloo, IA 50704

Attorney Timothy D. Kosnoff
Law Offices of Timothy D. Kosnoff
One Union Square
600 University Street, Ste. 2101
Seattle, WA 98101