IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| JANE DOE III, | ) | |
| | ) | |
| Plaintiff, | ) | No. 2:05-cv-01040-EJM |
| | ) | |
| vs. | ) | **STATEMENT OF INTEREST** |
| | ) | |
| THE ARCHDIOCESE OF DUBUQUE, | ) | |
| | ) | |
| Defendant. | ) | |

As required by LR 3.2 and LR 81.1(c)(d) and (e), The Archdiocese of Dubuque, Defendant in this case, provides the following information to the court:

(a) The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the Defendant as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the Defendant's outcome in the case:

The Archdiocese of Dubuque
Most Rev. Jerome Hanus, O.S.B., Archbishop of The Archdiocese of Dubuque
Rev. Msgr. James O. Barta, Vicar General of The Archdiocese of Dubuque

(b) With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:

The Archdiocese of Dubuque, Defendant, describes an entity that comprises a geographic area of approximately 17,000 square miles and consists of the northeast thirty (30) counties within the State of Iowa. It is headed by an Archbishop (Most Rev. Jerome Hanus, O.S.B.) who is assisted by a Vicar General (Rev. Msgr. James O. Barta).

Date: September 7, 2005

THE ARCHDIOCESE OF DUBUQUE,
Defendant

By  /s/ Brendan T. Quann
    Brendan T. Quann    000004440

By /s/ Davin C. Curtiss
Davin C. Curtiss                000014786

Mailing Address:
O'CONNOR & THOMAS, P.C.
P. O. Box 599
Dubuque, IA  52004-0599

Physical Address:
O'CONNOR & THOMAS, P.C.
Dubuque Building
700 Locust Street, Ste. 200
Dubuque, IA 52001-6874

Telephone:  (563) 557-8400
Facsimile:   (563) 556-1867
E-mail: bquann@octhomaslaw.com
          dcurtiss@octhomaslaw.com

Attorneys for said Defendant.

Original filed electronically.

Copy to:

Attorneys Thomas L. Staack and
       Chad A. Swanson
Dutton, Braun, Staack & Hellman, P.L.C.
3151 Brockway Road
P.O. Box 810
Waterloo, IA 50704

Attorney Timothy D. Kosnoff
Law Offices of Timothy D. Kosnoff
One Union Square
600 University Street, Ste. 2101
Seattle, WA 98101