IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| JANE DOE III, | No. 05-1040 JAJ |
| Plaintiff, | |
| vs. | **STIPULATED DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF'S CLAIMS** |
| THE ARCHDIOCESE OF DUBUQUE, | |
| Defendant. | |

All parties, by their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), by this Stipulation dismiss without prejudice Plaintiff's complaint against Defendant The Archdiocese of Dubuque with the parties bearing their respective costs.

DUTTON, BRAUN, STAACK & HELLMAN, P.L.C
Attorneys for the Plaintiff

BY: *Thomas L. Staack /JCA/*
Thomas L. Staack
Iowa Bar #000005220

BY: *Chad A. Swanson*
Chad A. Swanson
Iowa Bar #000014657

3151 Brockway Road
P.O. Box 810
Waterloo, Iowa 50704
(319) 234-4471
(319) 234-8029 FAX

1

staackt@wloolaw.com
swansonc@wloolaw.com

LAW OFFICES OF TIMOTHY D. KOSNOFF
Attorneys for Plaintiff

BY: _Timothy D. Kosnoff /s/ CAJ_
Timothy D. Kosnoff
One Union Square
600 University Street, Suite 2101
Seattle, WA 98101
206-676-7500
425-837-9692 FAX
timkosnoff@comcast.net

O'CONNOR & THOMAS, P.C.
Attorneys for Defendant

BY: _[signature]_
Brendan T. Quann   000004440

BY: _[signature]_
Davin C. Curtiss    000014786

700 Locust Street, Suite 200
P. O. Box 599
Dubuque, Iowa 52004-0599
563-557-8400
563-556-1867 FAX
bquann@octhomaslaw.com
dcurtiss@octhomaslaw.com